# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Helen Corrigabn

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5:19-bk-02467-RNO |

Debtor(s)

## NOTICE

The confirmation hearing on the <u>1st</u> Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: <u>11/22/2019</u>　　　　Time: <u>9:30 a.m.</u>

Location: <u>US Courthouse, 197 S. Main Street, Wilkes Barre, PA.</u>

The deadline for filing objections to confirmation of the Plan is: <u>11/15/19</u>.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: <u>9/20/19</u>　　　　Filed by:　　<u>/s/ Christopher B. Jones</u>

　　　　　　　　　　　　　　　　　　<u>Christopher B. Jones, Esquire</u>

　　　　　　　　　　　　　　　　　　<u>Attorney for Helen Corigan</u>

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Helen Corrigan
Debtor

CHAPTER 13
Case No. 5:19-bk-02467-RNO

## CERTIFICATION OF SERVICE

I, Christopher B. Jones, Esquire, hereby certify that the foregoing Chapter Plan 13 and Notice was served by first class mail, postage pre-paid, upon the parties listed below on September 20, 2019.

Charles J. DeHart, III Esq. (VIA ECF)    Lauren Berschler Karl, Esquire (VIA ECF)

James Randolph Wood, Esquire (VIA ECF)    United States Trustee (VIA ECF)

James C. Warmbrodt, Esquire (VIA ECF)

PRA Receivables Management, LLC (VIA FIRST CLASS MAIL)
PO Box 41021
Norfolk, VA 23541

Date: September 20, 2019    /s/ Christopher B. Jones
Christopher B. Jones, Esquire