# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Helen Corrigabn

Debtor(s)

Chapter: 13

Case No.: 5:19-bk-02467-RNO

## NOTICE

The confirmation hearing on the 1st Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: 11/22/2019    Time: 9:30 a.m.

Location: US Courthouse, 197 S. Main Street, Wilkes Barre, PA.

The deadline for filing objections to confirmation of the Plan is: 11/15/19.

**For cases before the Hon. Robert N. Opel, II (indicated in the Case No. with the initials "RNO" respectively):**

Any objections to confirmation of the Plan will be heard at the above-scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

**For cases before the Hon. Henry W. Van Eck (indicated in the Case No. with the initials "HWV"):**

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 9/25/19    Filed by: /s/ Christopher B. Jones

Christopher B. Jones, Esquire

Attorney for Helen Corigan

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Helen Corrigan  :
    Debtor  :
        : CHAPTER 13
        : Case No. 5:19-bk-02467-RNO

## CERTIFICATION OF SERVICE

I, Christopher B. Jones, Esquire, hereby certify that the foregoing Chapter Plan 13 and Notice was served by first class mail, postage pre-paid, upon the parties listed below on September 20, 2019.

Charles J. DeHart, III Esq. (VIA ECF)

Lauren Berschler Karl, Esquire (VIA ECF)

James Randolph Wood, Esquire (VIA ECF)

United States Trustee (VIA ECF)

James C. Warmbrodt, Esquire (VIA ECF)

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Abington Heights School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

Clarks Green Borough
104 North Abington Road
Clarks Green, PA 18411

Clarks Green Tax Collector
Glenburn Road
Clarks Green, PA 18411

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Lackawanna County Tax Claim Bureau
123 Wyoming Avenue
Scranton, PA 18503

Lackawanna County Tax Collector
123 Wyoming Avenue
Scranton, PA 18503

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Reverse Mortgage Solutions Inc.
14405 Walters Road, Ste. 200
Houston, TX 77014

Reverse Mortgage Solutions, Inc.
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Date: September 25, 2019
/s/ Christopher B. Jones
Christopher B. Jones, Esquire