UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HELEN CORRIGAN DBA: NEW PENNY, INC.
     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant

vs.

HELEN CORRIGAN DBA: NEW PENNY, INC.
     Respondent(s)

CHAPTER 13

CASE NO: 5-19-02467-RNO

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 23, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on September 19, 2019.

2. A hearing was held and an Order was entered on November 22, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: HELEN CORRIGAN<br>DBA: NEW PENNY, INC.<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-02467-RNO |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: March 4, 2020<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: January 23, 2020

IN RE: HELEN CORRIGAN
DBA: NEW PENNY, INC.

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

HELEN CORRIGAN
DBA: NEW PENNY, INC.

CHAPTER 13

CASE NO: 5-19-02467-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CHRISTOPHER B JONES, ESQUIRE<br>406 JEFFERSON AVENUE<br>SCRANTON, PA   18510- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | Served electronically |
| HELEN CORRIGAN<br>325 CLARKS STREET<br>CLARKS GREEN, PA   18411- | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:   January 23, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HELEN CORRIGAN
DBA: NEW PENNY, INC.

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

HELEN CORRIGAN
DBA: NEW PENNY, INC.

Respondent(s)

CHAPTER 13

CASE NO: 5-19-02467-RNO

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.