```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-02467-RNO
Helen Corrigan                                                      Chapter 13
        Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke           Page 1 of 1         Date Rcvd: Mar 05, 2020
                              Form ID: ordsmiss         Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db              +Helen Corrigan,    325 Clarks Street,    Clarks Green, PA 18411-1619
cr             ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court:   M & T Bank,    80 Holtz Drive,    Cheektowaga, NY 14225)
5224193         +Abington Heights School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
5210091         +Clarks Green Borough,    104 North Abington Road,    Clarks Green, PA 18411-2538
5210092          Clarks Green Tax Collector,    Glenburn Road,    Clarks Green, PA 18411
5210093         +Lackawanna County Tax Claim Bureau,    123 Wyoming Avenue,    Scranton, PA 18503-2029
5210094         +Lackawanna County Tax Collector,    123 Wyoming Avenue,    Scranton, PA 18503-2025
5210089         +Reverse Mortgage Solutions Inc.,    14405 Walters Road, Ste. 200,    Houston, TX 77014-1345
5210270         +Reverse Mortgage Solutions, Inc.,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Mar 06 2020 00:18:00       PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5235391          EDI: Q3G.COM Mar 06 2020 00:18:00       Department Stores National Bank,    c/o Quantum3 Group LLC,
                  PO Box 657,    Kirkland, WA 98083-0657
5210090          E-mail/Text: camanagement@mtb.com Mar 05 2020 19:20:08        M&T Bank,    1100 Wehrle Drive,
                  Williamsville, NY 14221
5235574          E-mail/Text: camanagement@mtb.com Mar 05 2020 19:20:08        M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
5223580          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 19:20:10
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, Pa.   17128-0946
5208586         +EDI: RMSC.COM Mar 06 2020 00:18:00       Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 6

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5210088          CREDITOR MATRIX
cr*             +Abington Heights School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
cr*             +Reverse Mortgage Solutions, Inc.,    Robertson Anschutz & Schneid, P.L.,
                  6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487-2853
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher B Jones    on behalf of Debtor 1 Helen  Corrigan cbjlaw@comcast.net
              James  Warmbrodt    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Abington Heights School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Lauren Berschler Karl    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               lkarl@rascrane.com, lbkarl03@yahoo.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Helen Corrigan,            Chapter     13

   **Debtor 1**

                 Case No.     5:19–bk–02467–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 5, 2020                              By the Court,

*[Signature: Robert N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

ordsmiss (05/18)