**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:

Helen Corrigan,                                Chapter 13

      Debtor 1                         Case No. 5:19-bk-02467-RNO

## **ORDER**

AND NOW, this _____ day of March, 2020, it is hereby ORDERED that the March 5, 2020

Order is stricken and the hearing that was scheduled on March 4, 2020 is hereby rescheduled to

_____.

By the Court,

_____, J.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Helen Corrigan,                                    Chapter 13

    Debtor 1                                   Case No. 5:19-bk-02467-RNO

## DEBTOR'S MOTION FOR RECONSIDERATION
## OF ORDER DATED MARCH 5, 2020

NOW COMES the Debtor, Helen Corrigan, by and through her undersigned counsel, who respectfully files this Motion for Reconsideration of the Order Dated March 5, 2020 and in support thereof, avers as follows:

1.   The Debtor had a hearing scheduled for March 4, 2020 at 9:30 a.m.

2.   The Debtor was ill on said date and was unable to attend hearing.

3.   Debtors counsel notified the Court of the Debtors illness and her inability to attend the hearing scheduled on March 4, 2020.

4.   As a result, the Debtor respectfully files this Motion for Reconsideration and requests that the Court schedule a new hearing in connection with the Motion that is pending before the Court.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order striking the March 5, 2020 Order and reschedule the hearing.

Respectfully Submitted:


   /s/ Christopher B. Jones
Christopher B. Jones, Esquire

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

IN RE: Helen Corrigan                 :
                Debtor       :
                           :         CHAPTER 13
                           :         Case No. 5:19-bk-02467-RNO

## CERTIFICATION OF SERVICE

I, Christopher B. Jones, Esquire, hereby certify that the foregoing Chapter Plan 13 and Notice was served by ECF, upon the parties listed below on March 9, 2020.

Charles J. DeHart, III Esq. (VIA ECF)        Lauren Berschler Karl, Esquire (VIA ECF)

James Randolph Wood, Esquire (VIA ECF)    United States Trustee (VIA ECF)

James C. Warmbrodt, Esquire   (VIA ECF)

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Abington Heights School District
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

Clarks Green Borough
104 North Abington Road
Clarks Green, PA 18411

Clarks Green Tax Collector
Glenburn Road
Clarks Green, PA 18411

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657

Lackawanna County Tax Claim Bureau
123 Wyoming Avenue
Scranton, PA 18503

Lackawanna County Tax Collector
123 Wyoming Avenue
Scranton, PA 18503

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

M&T Bank
1100 Wehrle Drive
Williamsville, NY 14221

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa. 17128-0946

Reverse Mortgage Solutions Inc.
14405 Walters Road, Ste. 200
Houston, TX 77014

Reverse Mortgage Solutions, Inc.
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487


 Date: March 9, 2020                              /s/ Christopher B. Jones
                                                Christopher B. Jones, Esquire