```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02467-RNO
Helen Corrigan                                                  Chapter 13
        Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: AutoDocke            Page 1 of 1            Date Rcvd: Mar 11, 2020
                                Form ID: nthrgreq          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2020.
db             +Helen Corrigan,    325 Clarks Street,    Clarks Green, PA 18411-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher B Jones    on behalf of Debtor 1 Helen   Corrigan cbjlaw@comcast.net
              James  Warmbrodt     on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor   Abington Heights School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              Lauren Berschler Karl    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               lkarl@rascrane.com, lbkarl03@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: <br><br> Helen Corrigan <br><br> **Debtor 1** | Chapter: 13 <br><br> Case number: 5:19−bk−02467−RNO <br><br> Document Number: 51 <br><br> Matter: Motion to Reconsider Order |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on June 6, 2019.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Max Rosenn US Courthouse,** <br> **Courtroom #2, 197 South Main** <br> **Street, Wilkes−Barre, PA 18701** | Date: 4/1/20 <br><br> Time: 09:30 AM |

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2020 |

nthrgreq(02/19)