```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                          Case No. 19-02467-RNO
Helen Corrigan                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 1    Date Rcvd: Apr 01, 2020
    Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
db    +Helen Corrigan, 325 Clarks Street, Clarks Green, PA 18411-1619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:
    Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
    Christopher B Jones    on behalf of Debtor 1 Helen Corrigan cbjlaw@comcast.net
    James Warmbrodt    on behalf of Creditor M & T Bank bkgroup@kmllawgroup.com
    James Randolph Wood    on behalf of Creditor Abington Heights School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
    Lauren Berschler Karl    on behalf of Creditor Reverse Mortgage Solutions, Inc. lkarl@rascrane.com, lbkarl03@yahoo.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Helen Corrigan,   Chapter 13

Debtor 1   Case No. 5:19-bk-02467-RNO

**ORDER**

AND NOW, upon consideration of the Motion to Reconsider Order Dismissing Case for Unconfirmable Plan, after hearing held on April 1, 2020, it is

ORDERED that the Motion is DENIED for want of prosecution.

Dated: April 1, 2020

By the Court,

_Robert N. Opel, II_ (signature)

Robert N. Opel, II, Bankruptcy Judge  BI